SALLE McC. ELSON and HERBERT ELSON, Respondents, *v.* RENOCLAF REALTY CORPORATION and others, Appellants.

First Department, June 23, 1936.

*John P. Carson* of counsel [*William A. Earl*, attorney], for the appellants.

*Murray Frischer* of counsel [*Milton Kepecs* with him on the brief; *Kepecs & Frischer*, attorneys], for the respondents.

PER CURIAM. The judgment and order should be reversed, with costs to the appellants, and the complaint dismissed, with

costs, upon the ground that the negligence of the plaintiff Salle McC. Elson contributed to the accident. The injury could not have occurred if she had exercised ordinary care in attempting to close the door.

Present — MARTIN, P. J., McAVOY, UNTERMYER, DORE and COHN, JJ.

Judgment and order unanimously reversed, with costs, and complaint dismissed, with costs.